Glenn R. Kantor - SBN: 122643
   E-mail: gkantor@kantorlaw.net
Brent Dorian Brehm - SBN: 248983
   E-mail: bbrehm@kantorlaw.net
KANTOR & KANTOR, LLP
19839 Nordhoff Street
Northridge, CA 91324
Telephone: (818) 886-2525
Facsimile: (818) 350-6272

Attorneys for Plaintiff
Roger Tilden

FILED
CLERK, U.S. DISTRICT COURT
Jun 19, 2015
CENTRAL DISTRICT OF CALIFORNIA
BY: PMC DEPUTY

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROGER TILDEN,<br><br>　　　　Plaintiff,<br><br>vs.<br><br>METROPOLITAN LIFE INSURANCE COMPANY,<br><br>　　　　Defendant. | CASE NO: 2:14-cv-09086-SVW-MAN<br><br>[~~PROPOSED~~] ORDER FOR DISMISSAL OF ENTIRE ACTION WITH PREJUDICE<br><br>JS-6 |

　　Pursuant to the stipulation of the parties, the above entitled action is dismissed with prejudice. Each party shall bear its and his own fees and costs.

DATED: June 19, 2015

_____
Hon. Stephen V. Wilson
United States District Court Judge